AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00185 |
| Richard Inks | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 5/28/2024 |
| | ) Description: COMPLAINT W/ARREST WARRAN |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Richard Inks,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building or Grounds
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:   05/28/2024

*Issuing officer's signature*

City and state:   Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/28/24, and the person was arrested on *(date)* 5/29/24
at *(city and state)* Tampa, FL.

Date:  5/29/24

*Arresting officer's signature*

SA Nathan P. Stark
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

| CASE NO.: | 8:24-mj-1858-SPF | DATE: | May 29, 2024 |
|---|---|---|---|
| **HONORABLE: SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | |
| v. | | **GOVERNMENT COUNSEL** James Preston, AUSA | |
| RICHARD INKS EUGENIA INKS | | **DEFENSE COUNSEL** Benjamin Stechschulte, CJA Angela Wright, CJA | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Eric Calderon |
| **TIME:** | 2:23 – 2:46    **TOTAL:**    0:23 | **COURTROOM:** | 11B |

**PROCEEDINGS: INITIAL APPEARANCE / DETENTION HEARING**

[X]    BOTH DEFENDANTS PRESENT   [X] ADVISED OF CHARGES   [X] ARREST DATE: 5/29/2024
[X]    BOTH DEFENDANTS PROVIDED WITH COPY OF COMPLAINT (DISTRICT OF COLUMBIA)
[X]    COURT SUMMARIZED CHARGES
[X]    COURT ADVISES DEFENDANTS OF RULE 5 RIGHTS
[X]    BOTH DEFENDANTS FILED FINANCIAL AFFIDAVITS
[X]    BOTH DEFENDANTS ORAL MOTIONS TO APPOINT COUNSEL
[X]    COURT ORAL ORDER DEFENSE ATTORNEY: Benjamin Stechschulte, CJA appointed as to Richard Inks; Angela Wright, CJA appointed as to Eugenia Inks
[X]    COURT ORAL ORDER DUE PROCESS PROTECTIONS ACT
[X]    BOTH DEFENDANTS WAIVE PRELIMINARY HEARING
[X]    BOTH DEFENDANTS WAIVE IDENTITY HEARING
[X]    BOTH DEFENDANTS WAIVE PRODUCTION OF THE WARRANT

[X]    GOVERNMENT ORAL MOTION FOR: RELEASE AS TO BOTH DEFENDANTS
[X]    GOVERNMENT POSITION AS TO BOTH DEFENDANTS: Release Own Recognizance, report to U.S. Pretrial Services as directed, do not travel to District of Columbia except for Court purposes, surrender passports, not possess any firearms, do not possess any drugs, do not consume alcohol in excess
[X]    BOTH DEFENDANTS POSITION: agree with conditions of release suggested by Government

[X]    COURT ORDERS: RELEASED, each Defendant to sign a $10,000.00 unsecured signature bond, both Defendants shall report to U.S. Pretrial Services as directed, shall not unlawfully possess drugs and submit to drug testing, shall not possess firearms, shall not obtain a passport or any new travel documents, shall surrender passports by 5:00 p.m. on May 31, 2024, shall not consume alcohol in excess, travel is restricted to Middle District of Florida, Southern District of Florida and for court purposes only travel is allowed to District of Columbia

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 8:24-mj-1858-SPF |
| Richard Inks ) | |
| ) | Charging District's Case No. 1:24-mj-185 |
| _Defendant_ ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_ ___District of Columbia___

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☑ ~~a detention hearing.~~   _BS_

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ ~~detention hearing be held in the prosecuting~~ district, at a time set by that court.   _BS_

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: ___05/29/2024___

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

___Ben Stechschulte___
_Printed name of defendant's attorney_

AO 199A (Rev. 06/19) Order Setting Conditions of Release    Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida

United States of America    )
    v.    )
    )    Case No.  8:24-mj-1858-SPF
Richard Inks    )
    )
_Defendant_    )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

    The defendant must appear at:  District of Columbia via Zoom Video Conference
    _Place_

    on    6/11/2024 12:00 pm
    _Date and Time_

    If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                    Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                                    *Custodian*                                  *Date*

( ✓ ) (7) The defendant must:
  ( ✓ ) (a) submit to supervision by and report for supervision to the  U.S. Pretrial Services as directed ,
       telephone number   (813)225-7648 , no later than  _____ .
  ( ☐ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ✓ ) (d) surrender any passport to:   U.S. Pretrial Services by 5:00 p.m. on May 31, 2024
  ( ☐ ) (e) not obtain a passport or other international travel document.
  ( ✓ ) (f) abide by the following restrictions on personal association, residence, or travel:   travel is restricted to the Middle District of Florida, the Southern District of Florida
       and for court purposes only travel is allowed to the District of Columbia
  ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
  ( ☐ ) (h) get medical or psychiatric treatment:   as directed by U.S. Pretrial Services
  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ✓ ) (k) not possess a firearm, destructive device, or other weapon.
  ( ✓ ) (l) not use alcohol ( ☐ ) at all ( ✓ ) excessively.
  ( ✓ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ✓ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
    ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
    Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release　　　　　　　　　　　　　　　　　　　　　　　　　Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
　　　　( ☐ ) (i)　Location monitoring technology as directed by the pretrial services or supervising officer; or
　　　　( ☐ ) (ii)　Voice Recognition; or
　　　　( ☐ ) (iii)　Radio Frequency; or
　　　　( ☐ ) (iv)　GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

AO 199C  (Rev. 09/08) Advice of Penalties                                                                                                    Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    5/29/2024                      _____
                                                      *Judicial Officer's Signature*

                                            U.S. Magistrate Judge Sean P. Flynn
                                                   *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Richard Inks | ) Case No. 8:24-mj-1858-SPF |
| Defendant | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Richard Inks_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

MAY 30 2024 AM10:07
FILED - USDC - FLMD - TPA

(  ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ _10,000.00_ .

(  ) (3) This is a secured bond of $ _____ , secured by:

    (  ) (a) $ _____ , in cash deposited with the court.

    (  ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (  ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 05/29/2024

_____
*Defendant's signature*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

CLERK OF COURT

Date: 05/29/2024

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 05/29/2024

_____
*Judge's signature*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:24-mj-1858-SPF |
| Richard Inks | ) | |
|  | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:24-mj-185 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: District of Columbia | Courtroom No.: Zoom Video Conference |
|---|---|
| | Date and Time: 6/11/2024 12:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 05/29/2024

_____
*Judge's signature*

U.S. Magistrate Judge Sean P. Flynn
*Printed name and title*

BOND

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:24-mj-01858-SPF-1

Case title: USA v. Inks et al                                        Date Filed: 05/29/2024

Other court case number: 1:24-mj-185 District of Columbia            Date Terminated: 05/29/2024

Assigned to: Magistrate Judge Sean P. Flynn

**Defendant (1)**

| | | |
|---|---|---|
| **Richard Inks**<br>*TERMINATED: 05/29/2024* | represented by | **Benjamin Stechschulte**<br>Stechschulte Nell<br>1105 W. Swann Ave<br>Tampa, FL 33606<br>813-280-1244<br>Fax: 813-862-1903<br>Email: ben@tpatrialattorneys.com<br>*TERMINATED: 05/29/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 40:5104E.M VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS | |

**USA**                                    represented by  **James Preston**
                                                           DOJ-USAO
                                                           Tampa Office
                                                           400 North Tampa Street
                                                           Suite 3200
                                                           Tampa, FL 33602
                                                           813-274-6059
                                                           Email: james.preston@usdoj.gov
                                                           *TERMINATED: 05/29/2024*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2024 | 1 | Arrest pursuant to Rule 5(c)(2) of Richard Inks, Eugenia Inks from the District of Columbia. (EJC) (Entered: 05/29/2024) |
| 05/29/2024 | 2 | ***CJA 23 Financial Affidavit by Richard Inks. (EJC) (Entered: 05/29/2024) |
| 05/29/2024 | 10 | ORAL MOTION to Appoint Counsel by Richard Inks. (EJC) (Entered: 06/04/2024) |
| 05/29/2024 | 11 | **ORAL ORDER granting 10 Motion to Appoint Counsel. Benjamin Stechschulte, CJA appointed as to Richard Inks (1). Signed by Magistrate Judge Sean P. Flynn on 5/29/2024. (EJC)** (Entered: 06/04/2024) |
| 05/29/2024 | 14 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to Richard Inks, Eugenia Inks: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (EJC) (Entered: 06/04/2024) |
| 05/29/2024 | 15 | ORAL MOTION for Release from Custody by USA as to Richard Inks, Eugenia Inks. (EJC) (Entered: 06/04/2024) |
| 05/29/2024 | 16 | Minute Entry for In Person proceedings held before Magistrate Judge Sean P. Flynn: ORAL ORDER granting 15 Motion for Release from Custody as to Richard Inks (1), Eugenia Inks (2); DETENTION HEARING as to Richard Inks, Eugenia Inks held on 5/29/2024; INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 5/29/2024 as to Richard Inks, Eugenia Inks from the District of Columbia. (DIGITAL) (Interpreter/Language: N/A) (EJC) (Entered: 06/04/2024) |
| 05/29/2024 | 17 | WAIVER of Rule 5 & 5.1 Hearings hearing by Richard Inks. (EJC) (Entered: 06/04/2024) |
| 05/29/2024 | 19 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Richard Inks. Signed by Magistrate Judge Sean P. Flynn on 5/29/2024. (EJC)** (Entered: 06/04/2024) |
| 05/30/2024 | 6 | **Unsecured Bond entered as to Richard Inks in amount of $ 10,000.00. Signed by Magistrate Judge Sean P. Flynn on 5/29/2024. (AA)** (Entered: 05/31/2024) |
| 05/30/2024 | 7 | **ORDER Setting Conditions of Release as to Richard Inks (1) Unsecured Bond. Signed by Magistrate Judge Sean P. Flynn on 5/29/2024. (AA)** (Entered: 05/31/2024) |

you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (EJC) (Entered: 06/04/2024)