# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 24-269 RDM** |
| | : | |
| | : | |
| **RICHARD INKS and EUGENIA INKS** | : | |
| | : | |
| Defendants. | : | |

## JOINT STATUS REPORT

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, Michael Lawlor, counsel for Defendant Eugenia Inks, and Kevin Tate, counsel for Defendant Richard Inks, submit the following Joint Status Report:

1. On June 3, 2024, the United States Attorney filed a four-count Information charging the above-captioned Defendants with violating 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building). The Court arraigned the Defendants on June 28, 2024. Minute Entry, June 28, 2024.

2. The Court entered a protective order on August 14, 2024 (ECF No. 28), and the Government provided discovery to the Defendants on that same date. Global discovery is ongoing and voluminous.

3. The United States tendered a proposed settlement to each Defendant on July 5, 2024. The Defendants did not accept the proposed settlement by the stated expiration date, consequently the United States believes that this case will be tried.

4. To that end, the United States respectfully requests that the Court convene a status conference to expeditiously set a trial date and associated deadlines. Counsel for Defendants Richard Inks and Eugenia Inks have no objection to the court setting this matter for trial, however each affirmatively request that no trial be scheduled within the next 90 days.

5. Further, counsel for Defendant Richard Inks will be unavailable on the following dates:

    a. Trials in DC: February 10-14, 2025, and February 24-28, 2025;

    b. Hearings in the District of Nevada: March 2-12, 2025.

6. Pursuant to 18 U.S.C. § 3161 (h)(1)(A), the parties request that the Court exclude related time from the Speedy Trial Act for a period of 90 days.

Respectfully submitted,

/s/ Jack E. Burkhead
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493

Approved by:

Kevin Tate
Counsel for the Defendant Richard Inks

Michael Lawlor
Counsel for Defendant Eugenia Inks