# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 24-269 RDM** |
| | : | |
| | : | |
| **RICHARD INKS and EUGENIA INKS,** | : | |
| | : | |
| Defendants. | : | |

## MOTION TO CONVERT JANUARY 6, 2025 STATUS CONFERENCE TO VIDEO SETTING

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, and the Defendants, Richard and Eugenia Inks, by and through their respective counsel, Kevin Tate and Michael Lawlor, respectfully request that the Court convert the status conference set for January 6, 2025, to a video setting. As grounds for this request, the parties submit as follows.

1. On June 3, 2024, the United States Attorney charged the Defendants via Information with the following offenses: 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building). ECF No. 5.

2. Upon the request of the parties, the Court, on December 30, 2024, set this matter for a status conference to be conducted on January 6, 2025, at 10:00 a.m. Courtroom 8. Minute Order, Dec. 30, 2024.

3. Counsel for the United States has conferred with Messrs. Tate and Lawlor, who advise that their respective clients prefer a video setting in lieu of incurring expenses associated with traveling from Florida to the January 6, 2025, status conference, which would amount to approximately $900 apiece in airfare. Further, counsel for Defendant Richard Inks advises that he would have to arrange on short notice travel from Las Vegas, Nevada to Washington, D.C. to attend an in-person hearing. Counsel for the United States, who is based in Albuquerque, New Mexico, concurs with the request of defense counsel that this matter be converted to a video setting.

WHEREFORE, the parties respectfully request that the Court convert the January 6, 2025, status conference to a video setting.

Respectfully submitted,

/s/ Jack E. Burkhead
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493

APPROVED:

Kevin Tate, Attorney for Richard Inks

Michael Lawlor, Attorney for Eugenia Inks